1  James D. Curran, Esq.          SBN 126586
   Daniel C. Welch, Esq.          SBN 233244
2  WOLKIN · CURRAN, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California 94111
   Telephone:     (415) 982-9390
4  Facsimile:     (415) 982-4328

5  Attorneys for Plaintiff,
   GULF INSURANCE COMPANY
6

7

8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                            SACRAMENTO DIVISION

12  GULF INSURANCE COMPANY,              )  Case No. 2:07-cv-01581-WBS-DAD
    a Connecticut corporation,           )
13                                       )  **STIPULATION TO CONTINUE**
                                         )  **DISCOVERY DATES AND TRIAL DATE;**
14          Plaintiff,                   )  **AND [PROPOSED] ORDER THEREON**
                                         )
15      v.                               )
                                         )
16  BALDWIN RANCH LIMITED                )
    PARTNERSHIP, a California limited    )
17  partnership; 1ST GRANITE BAY         )
    CORPORATION, a California corporation;)
18  QUAIL POINT, INC., a California      )
    corporation; CHAD T. FRALICK, an     )
19  individual; JACQUELINE M. FRALICK, an)
    individual; EDWIN B. FRALICK, an     )
20  individual; and RHONDA L. FRALICK, an)
    individual, FIRST GRANITE BAY        )
21  CORPORATION, a California corporation.)
                                         )
22          Defendants.                  )
                                         )
23  _____)

24      Pursuant to the parties in the above action working to informally resolve disputes and

25  exchange information, the parties to the above action stipulate to, and respectfully request the Court

26  continue the dates of the forthcoming discovery cut-offs as stated below.

27      The time for the parties to disclose experts and produce reports in accordance with Fed. R.

28  Civ. P. 26(a)(2) is moved from March 3, 2008 to September 2, 2008.

                                             1.

1  With regard to expert testimony intended solely for rebuttal, the time for those experts to be
2  disclosed and reports to be produced in accordance with Fed. R. Civ. P. 26(a)(2) is moved from
3  March 18, 2008 to September 30, 2008.
4  The time for all discovery, including depositions for preservation of testimony is left open,
5  save and except that it shall be so conducted as to be completed by August 1, 2008 instead of
6  February 1, 2008 for non-expert discovery and by November 24, 2008 instead of April 21, 2008 for
7  expert discovery.
8  All motions to compel discovery must be noticed on the magistrate judge's calendar in
9  accordance with the local rules of this court and so that such motions may be heard and any
10 resulting orders obeyed not later than August 1, 2008 instead of February 1, 2008 for non-expert
11 discovery and by November 24, 2008 instead of April 21, 2008 for expert discovery.
12 The Final Pretrial Conference is set for March 9, 2009 at 2:00 p.m. in Courtroom No. 5 instead of
13 September 8, 2008.
14 The bench trial is set for May 19, 2009 at 9:00 a.m. in Courtroom No. 5 instead of on
15 November 18, 2008.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2.

1    IT IS SO STIPULATED.

2   Dated:  January 7, 2008                              WOLKIN ● CURRAN, LLP

3                                                        /s/ Daniel C. Welch

4                                                  By:  _____

5                                                        James D. Curran
                                                         Daniel C. Welch
6

7                                                  Attorneys for Plaintiff, GULF INSURANCE
                                                                    COMPANY
8

9   Dated:  January 7, 2008                        LAW OFFICES OF PAUL F. FARLEY

10                                                 /s/ Paul F. Farley (as authorized on 01/07/08)

11                                                 By:  _____

12

13                                                 Attorneys for Defendants, BALDWIN
                                                   RANCH LIMITED PARTNERSHIP; 1ST
                                                   GRANITE BAY CORPORATION;  QUAIL
14                                                 POINT, INC.; CHAD T. FRALICK;
                                                   JACQUELINE M. FRALICK; EDWIN B.
15                                                 FRALICK; and RHONDA L. FRALICK; and
                                                   FIRST GRANITE BAY CORPORATION
16

17

18

19

20

21

22

23

24

25

26

27

28

3.

**ORDER**

The Court, having considered the parties' stipulated request, hereby orders the following: The time for the parties to disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) is moved from March 3, 2008 to September 2, 2008. With regard to expert testimony intended solely for rebuttal, the time for those experts to be disclosed and reports to be produced in accordance with Fed. R. Civ. P. 26(a)(2) is moved from March 18, 2008 to September 30, 2008.

The time for all discovery, including depositions for preservation of testimony is left open, save and except that it shall be so conducted as to be completed by August 1, 2008 instead of February 1, 2008 for non-expert discovery and by November 24, 2008 instead of April 21, 2008 for expert discovery.

All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard and any resulting orders obeyed not later than August 1, 2008 instead of February 1, 2008 for non-expert discovery and by November 24, 2008 instead of April 21, 2008 for expert discovery. The Final Pretrial Conference is set for March 9, 2009 at 2:00 p.m. in Courtroom No. 5 instead of September 8, 2008.

The bench trial is set for May 19, 2009 at 9:00 a.m. in Courtroom No. 5 instead of on November 18, 2008.

**IT IS SO ORDERED.**

Dated: January 9, 2008

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE