UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GULF INSURANCE COMPANY, a Connecticut corporation | |
| Plaintiff, | CASE NO. CIV 07-1581 WBS DAD |
| v. | |
| BALDWIN RANCH LIMITED PARTNERSHIP, a California limited partnership, 1st Granite Bay Corporation, a California corporation, QUAIL POINT, INC., a California corporation, CHAD T. FRALICK, an individual, EDWIN B. FRALICK, an individual, RHONDA L. FRALICK, an individual, and FIRST GRANITE BAY CORPORATION, a California corporation, | |
| Defendants. _____/ | <u>ORDER OF NON-RELATION OF CASES</u> |
| GULF INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | CASE NO. CIV 08-209 LKK JFM |
| FIRST BANK, and DOES 1 through 50, inclusive, | |
| Defendants. _____/ | |

1 | The court has received the Notice and Motion to Relate
2 | Cases concerning the above-captioned cases filed on April 17,
3 | 2008.  <u>See</u> Local Rule 83-123.  Plaintiff has filed a written
4 | opposition to relating the cases.  Upon reviewing the notice and
5 | opposition, the court has determined that it is inappropriate to
6 | relate or reassign the cases at this time, and therefore declines
7 | to do so.  This Order is issued for informational purposes only
8 | and shall have no effect on the status of the cases, including
9 | any previous Related (or Non-Related) Case Order of this court.
10 | IT IS SO ORDERED.
11 | DATED: May 2, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE