1  James D. Curran, Esq.      SBN 126586
   Daniel C. Welch, Esq.      SBN 233244
2  WOLKIN · CURRAN, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California 94111
   Telephone:    (415) 982-9390
4  Facsimile:    (415) 982-4328

5  Attorneys for Plaintiff,
   GULF INSURANCE COMPANY
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10                          **SACRAMENTO DIVISION**

11 | GULF INSURANCE COMPANY, | Case No. 2:07-cv-01581-WBS-DAD |
   | a Connecticut corporation, | |
12 | | **AMENDED ORDER ON** |
   | Plaintiff, | **STIPULATION TO CONTINUE** |
13 | | **DISCOVERY DEADLINES** |
   | v. | |
14 | | |
   | BALDWIN RANCH LIMITED | |
15 | PARTNERSHIP, a California limited | |
   | partnership; 1ST GRANITE BAY | |
16 | CORPORATION, a California corporation; | |
   | QUAIL POINT, INC., a California | |
17 | corporation; CHAD T. FRALICK, an | |
   | individual; JACQUELINE M. FRALICK, an | |
18 | individual; EDWIN B. FRALICK, an | |
   | individual; and RHONDA L. FRALICK, an | |
19 | individual, FIRST GRANITE BAY | |
   | CORPORATION, a California corporation. | |
20 | | |
   | Defendants. | |
21
22
23                          **<u>AMENDED ORDER</u>**

24     The Court, having considered the parties' stipulated request, hereby orders the

25 discovery deadlines in the above referenced matter continued as follows:

26     The parties shall complete all non-expert discovery, including depositions, by

27 **October 15, 2008**, instead of August 1, 2008.

28 /////

1.

1  The parties shall complete all expert discovery, including depositions, by **December 15,**
2  **2008**, instead of November 24, 2008.

3  The parties shall disclose experts and produce reports in accordance with Fed. R.
4  Civ. P. 26(a)(2) by **October 31, 2008**, instead of September 2, 2008.

5  The parties shall disclose rebuttal experts and produce reports in accordance with
6  Fed. R. Civ. P. 26(a)(2) by **November 17, 2008,** instead of September 30, 2008.

7  All motions to compel discovery noticed on the magistrate judge's calendar in
8  accordance with the local rules of this court and so that such motions may be heard and any
9  resulting orders obeyed not later than **October 15, 2008**, instead of August 1, 2008 for non-
10 expert discovery; and by **December 15, 2008,** instead of November 24, 2008 for expert
11 discovery.

12 All motions, except motions for continuances, temporary restraining orders or other
13 emergency applications, shall be filed on or before **December 19, 2008**.  All motions shall
14 be noticed on the court's regularly scheduled law and motion calendar in accordance with
15 the local rules of this court.

16 The Final Pretrial Conference is scheduled for **March 9, 2009 at 2:00 p.m.** in
17 Courtroom No. 5.

18 The bench trial is scheduled for **May 19, 2009 at 9:00 a.m.** in Courtroom No. 5.

19
20 **IT IS SO ORDERED.**
21 DATED:  July 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

25 Ddad1/orders.civil/gulf1581.stipord

2.