James D. Curran, Esq.  SBN 126586
Shashauna Szczechowicz, Esq.  SBN 249102
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff,
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALDWIN RANCH LIMITED PARTNERSHIP, a California limited partnership; 1ST GRANITE BAY CORPORATION, a California corporation; QUAIL POINT, INC., a California corporation; CHAD T. FRALICK, an individual; JACQUELINE M. FRALICK, an individual; EDWIN B. FRALICK, an individual; and RHONDA L. FRALICK, an individual, FIRST GRANITE BAY CORPORATION, a California corporation.<br><br>Defendants. | Case No. 2:07-cv-01581-WBS-DAD<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DISCOVERY DEADLINES** |

## **ORDER**

The Court, having considered the parties' stipulated request, hereby orders the discovery deadlines in the above referenced matter continued as follows:

The parties shall complete all non-expert and expert discovery, including depositions, by **December 15, 2008**.

/////

1.

The parties shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by **November 17, 2008,** instead of October 31, 2008.

The parties shall disclose rebuttal experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by **December 1, 2008**, instead of November 17, 2008**.**

All motions to compel non-expert and expert discovery noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard and any resulting orders obeyed not later than by **December 15, 2008**.

All motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before **December 19, 2008**.  All motions shall be noticed on the court's regularly scheduled law and motion calendar in accordance with the local rules of this court.

The Final Pretrial Conference shall remain as previously scheduled for **March 9, 2009 at 2:00 p.m.** in Courtroom No. 5.

The bench trial shall remain as previously scheduled for **May 19, 2009 at 9:00 a.m.** in Courtroom No. 5.

**IT IS SO ORDERED.**

Dated:  September 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE