James D. Curran, Esq.        SBN 126586
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff,
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BALDWIN RANCH LIMITED PARTNERSHIP, a California limited partnership; 1ST GRANITE BAY CORPORATION, a California corporation; QUAIL POINT, INC., a California corporation; CHAD T. FRALICK, an individual; JACQUELINE M. FRALICK, an individual; EDWIN B. FRALICK, an individual; RHONDA L. FRALICK, an individual; and FIRST GRANITE BAY CORPORATION, a California corporation,<br><br>　　　　Defendants. | Case No. 2:07-cv-01581-WBS-DAD<br><br>**ORDER ON DEFENDANTS' LIABILITY FOR BREACH OF THE INDEMNITY AGREEMENTS** |

## **ORDER**

Based on the facts and documents stipulated between Plaintiff GULF INSURANCE COMPANY ("Plaintiff") on the one hand, and Defendants BALDWIN RANCH LIMITED PARTNERSHIP, 1ST GRANITE BAY CORPORATION, QUAIL POINT, INC., CHAD T. FRALICK, JACQUELINE M. FRALICK, EDWIN B. FRALICK, RHONDA L. FRALICK and FIRST GRANITE BAY CORPORATION (collectively referred to as "Defendants") on

1.

the other hand, in the *Stipulation of Defendants' Liability for Breach of the Indemnity Agreements*, executed by each of the parties and filed in this case on September 24, 2008 as Document 44, and good cause appearing therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that Defendants, and each of them, are jointly and severally liable to Plaintiff for breach of the Indemnity Agreements, as set forth in Plaintiff's first cause of action for breach of contract asserted in Plaintiff's Complaint (Document 2).

**IT IS HEREBY FURTHER ORDERED** that the issue of Defendant's liability to Plaintiff for breach of the Indemnity Agreements, as set forth in Plaintiff's first cause of action for breach of contract asserted in Plaintiff's Complaint (Document 2), has been fully determined in this case, and that the issue of damages remains to be determined.

**IT IS HEREBY FURTHER ORDERED** that the amount of damages sought by Plaintiff against Defendants with respect to Plaintiff's first cause of action for breach of contract asserted in Plaintiff's Complaint (Document 2), shall be proven by stipulation, motion for summary judgment, or if necessary, trial in this case.

**IT IS SO ORDERED.**

Dated:  September 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE