1  James D. Curran, Esq.  SBN 126586
   Shashauna Szczechowicz, Esq.  SBN 249102
2  WOLKIN · CURRAN, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California 94111
   Telephone:    (415) 982-9390
4  Facsimile:     (415) 982-4328

5  Attorneys for Plaintiff,
   GULF INSURANCE COMPANY
6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                      **SACRAMENTO DIVISION**

11  GULF INSURANCE COMPANY,          Case No. 2:07-cv-01581-WBS-DAD
    a Connecticut corporation,
12                                    **ORDER ON STIPULATION TO**
              Plaintiff,              **CONTINUE TRIAL DATE AND TO**
13                                    **CONTINUE DISCOVERY**
              v.                      **DEADLINES**
14
    BALDWIN RANCH LIMITED
15  PARTNERSHIP, a California limited
    partnership; 1ST GRANITE BAY
16  CORPORATION, a California corporation;
    QUAIL POINT, INC., a California
17  corporation; CHAD T. FRALICK, an
    individual; JACQUELINE M. FRALICK, an
18  individual; EDWIN B. FRALICK, an
    individual; and RHONDA L. FRALICK, an
19  individual, FIRST GRANITE BAY
    CORPORATION, a California corporation.
20
              Defendants.
21

22

23                              **ORDER**

24       The Court, having considered the parties' stipulated request, hereby orders the

25  current trial date and discovery deadlines in the above referenced matter are continued as

26  follows:

27       The bench trial currently set for May 19, 2009 at 2:00 p.m. is continued until

28  **September 1, 2009 at 9:00 a.m.**

                                    1.

1    The Final Pretrial Conference currently set for March 9, 2009 at 2:00 p.m. is
2  continued until **July 13, 2009 at 2:00 p.m.**
3    The parties shall complete all non-expert and expert discovery, including
4  depositions, by **May 15, 2009**, instead of December 15, 2008.
5    The parties shall disclose experts and produce reports in accordance with Fed. R.
6  Civ. P. 26(a)(2) by **April 1, 2009**, instead of November 17, 2008.
7    The parties shall disclose rebuttal experts and reports in accordance with Fed. R. Civ.
8  P. 26(a)(2) by **April 17, 2009**, instead of December 1, 2008.
9    The parties shall file all motions to compel discovery noticed on the magistrate
10 judge's calendar in accordance with the local rules of this court and so that such motions
11 may be heard and any resulting orders obeyed not later than **May 15, 2009**, instead of
12 December 15, 2007 for non-expert and expert discovery.
13   The parties shall file all motions, except motions for continuances, temporary
14 restraining orders or other emergency applications on or before **June 1, 2009,** instead of
15 December 19, 2008.  All motions shall be noticed on the court's regularly scheduled law and
16 motion calendar in accordance with the local rules of this court.
17   **IT IS SO ORDERED.**

19 Dated:  November 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2.