James D. Curran, Esq.  SBN 126586
Shashauna Szczechowicz, Esq.  SBN 249102
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff,
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALDWIN RANCH LIMITED PARTNERSHIP, a California limited partnership; 1ST GRANITE BAY CORPORATION, a California corporation; QUAIL POINT, INC., a California corporation; CHAD T. FRALICK, an individual; JACQUELINE M. FRALICK, an individual; EDWIN B. FRALICK, an individual; and RHONDA L. FRALICK, an individual, FIRST GRANITE BAY CORPORATION, a California corporation.<br><br>Defendants. | Case No. 2:07-cv-01581-WBS-DAD<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL DATE AND TO CONTINUE DISCOVERY DEADLINES** |

## **ORDER**

The Court, having considered the parties' stipulated request, hereby orders the current trial date and discovery deadlines in the above referenced matter are continued as follows:

The bench trial currently set for September 1, 2009 at 2:00 p.m. is continued until **January 12, 2010, at 9:00 a.m.**

1.

1       The Final Pretrial Conference currently set for July 13, 2009, at 2:00 p.m. is

2 continued until **October 19, 2009 at 2:00 p.m.**

3       The parties shall complete all non-expert and expert discovery, including

4 depositions, by **August 17, 2009**, instead of May 15, 2009.

5       The parties shall disclose experts and produce reports in accordance with Fed. R.

6 Civ. P. 26(a)(2) by **June 15, 2009.**

7       The parties shall disclose rebuttal experts and reports in accordance with Fed. R. Civ.

8 P. 26(a)(2) by **July 1, 2009.**

9       The parties shall file all motions to compel discovery noticed on the magistrate

10 judge's calendar in accordance with the local rules of this court and so that such motions

11 may be heard and any resulting orders obeyed not later than **September 1, 2009**, instead of

12 May 15, 2009 for non-expert and expert discovery.

13       The parties shall file all motions, except motions for continuances, temporary

14 restraining orders or other emergency applications on or before **September 15, 2009**,

15 instead of June 1, 2009. All motions shall be noticed on the court's regularly scheduled law

16 and motion calendar in accordance with the local rules of this court.

17       **IT IS SO ORDERED.**

Dated: April 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE