James D. Curran, Esq.          SBN 126586
Shashauna Szczechowicz, Esq. SBN 249102
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff,
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BALDWIN RANCH LIMITED PARTNERSHIP, a California limited partnership; 1ST GRANITE BAY CORPORATION, a California corporation; QUAIL POINT, INC., a California corporation; CHAD T. FRALICK, an individual; JACQUELINE M. FRALICK, an individual; EDWIN B. FRALICK, an individual; RHONDA L. FRALICK, an individual; and FIRST GRANITE BAY CORPORATION, a California corporation.<br><br>　　　　Defendants. | Case No. 2:07-cv-01581-WBS-DAD<br><br>**JUDGMENT**<br><br>Judge:     Hon. William B. Shubb<br>Courtroom:  5<br><br>Trial Date:  January 12, 2010 |

## **JUDGMENT**

Based on the facts and documents stipulated between Plaintiff GULF INSURANCE

COMPANY ("Gulf") on the one hand, and BALDWIN RANCH LIMITED

PARTNERSHIP, 1ST GRANITE BAY CORPORATION, QUAIL POINT, INC., CHAD T.

FRALICK, JACQUELINE M. FRALICK, AND FIRST GRANITE BAY CORPORATION

(collectively referred to as "Defendants") on the other hand, as set forth in the *Stipulation*

1.

*for Judgment*, executed by each of the parties and filed on September 2, 2009 (Document 57), the Court determines that there is no just reason for delay of entry of final judgment, and good cause appearing therefore, the Court enters judgment as follows:

**JUDGMENT IS HEREBY ENTERED** in the amount of Two Million Five Hundred Seventy Eight Thousand Six Hundred and Seventy Four Dollars and Eighty Eight Cents (**$2,578,674.88**) (which amount is inclusive of any and all costs and attorney's fees) in favor of Gulf and against Baldwin Ranch Limited Partnership, 1st Granite Bay Corporation, Quail Point, Inc., Chad T. Fralick, Jacqueline M. Fralick, and First Granite Bay Corporation, jointly and severally, on Gulf's First Cause of Action (Breach of Contract) asserted in Gulf's Complaint (Document 2).

**JUDGMENT IS SO ENTERED.**

Dated:  September 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE